# EXHIBIT B

## PHOTOGRAPHS FROM MARCH 3, 2015 AVAAZ.ORG COMPLAINT TO TREASURY RE HEBRON FUND



An armed settler walks past a Palestinian on Shuhada Street, in the West Bank city of Hebron. http://www.theatlantic.com/international/archive/2014/06/the-shame-of-shuhada-street-hebron/372639/



Star of David constructed by Israeli settlers on Palestinian land in the Hebron hills. This marks territory, prevents grazing of Palestinian sheep, and was not stopped by the IDF. http://972mag.com/photo-settlers-build-star-of-david-on-palestinian-land/103466/



An Israeli Jewish settler throws wine on a Palestinian Muslim woman on Shuhada Street in Hebron, which has been extensively defaced with anti-Palestinian graffiti. Consumption of alcohol is forbidden to devout Muslims, and many consider physical contact with alcohol to be defilement. Anyone classified as ethnically Palestinian must obtain a special pass to walk on this street.
http://www.nytimes.com/slideshow/2009/09/13/world/20090913SETTLERS_6.html