IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN ABULHAWA, AVRAHAM PELED a.k.a. MIKO PELED, PEGGY AHWESH, JAMES ANDERSON, ALICE BACH, ANTOINE BOGHOSSIAN, GLORIA BOGHOSSIAN, TANIA BOGHOSSIAN, JOHN BOYD, MARINA BUHLER-MIKO, JAMES COBEY, JOHN DOE, ABDUR-RAHIM DUDAR, TY EBRIGHT, ABBAS HAMIDEH, STEVEN GOOSSEN, RAY GORDON, LINDA MANSOUR, DONNA NASSOUR, ROBIN NICHOLAS, ALANNOFAL, MICHAEL RABB, MARY SCHULTZ, LYNN SCHULTZ, MICHAEL SEVERAL, RICH SIEGEL, GRANT SMITH, MICHAEL SMITH, LOU STONE, ROBIE TENORIO, JOHN VAN WAGONER, and LINDA VASQUEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF TREASURY and UNITED STATES DEPARTMENT OF THE TREASURY SECRETARY JACOB LEW, in his official capacity,<br><br>  Defendants. | Case No. 1:15-cv-2186-RDM |

## [PROPOSED] ORDER

AND NOW, after consideration of the United States' motion to dismiss the complaint and any responses or replies thereto, it is hereby:

ORDERED that the complaint be dismissed with prejudice.

SO ORDERED.

Date: _____           _____
                      United States District Judge

13781076.1