IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN ABULHAWA, AVRAHAM PELED, a.k.a. MIKO PELED, DOA'A ABU AMER, PEGGY AHWESH, JAMES ANDERSON, REV. DANNY AWAD, ALICE BACH, ANTOINE BOGHOSSIAN, GLORIA BOGHOSSIAN, TANIA BOGHOSSIAN, JOHN BOYD, MARINA BUHLER-MIKO, JAMES COBEY, JOHN DOE, ABDUR-RAHIM DUDAR, TY EBRIGHT, ABBAS HAMIDEH, STEVEN GOOSSEN, RAY GORDON, LINDA KATEEB, LINDA MANSOUR , DONNA NASSOR, ROBIN NICHOLAS, ALAN NOFAL, MICHAEL RABB, MARY SCHULTZ, LYNN SCHULTZ, MICHAEL SEVERAL, RICH SIEGEL, GRANT SMITH, MICHAEL SMITH, LOU STONE, ROBIE TENORIO, JOHN VAN WAGONER, LINDA VASQUEZ, WENDELL WOODS, and AHMED AL-ZEER<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY and UNITED STATES DEPARTMENT OF THE TREASURY SECRETARY JACOB LEW, in his official capacity,<br><br>        Defendants. | Case No. 1:15-cv-2186-RDM |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
AND DEFENDANTS' REPLY THERETO**

COME NOW the Parties herein and request the Court grant an extension of time for Plaintiffs to file an opposition to Defendants' motion to dismiss, and for Defendants' reply to said opposition. The Parties request that the Plaintiffs' deadline be extended to May 20th, 2016 and the

Defendant's deadline extended to June 10th, 2016. In the interest of justice, both parties would be better served by the grant of additional time to for filings on this motion.

Dated: April 19, 2016                           Respectfully Submitted,

                                                _/s/ Martin F. McMahon_

                                                Martin F. McMahon, Esq.
                                                D.C. Bar Number: 196642
                                                Martin F. McMahon & Associates
                                                1150 Connecticut Avenue, N.W., Suite 900
                                                Washington, D.C. 20036
                                                (202) 862 - 4343
                                                mm@martinmcmahonlaw.com
                                                *Counsel for Plaintiffs*


                                                _/s/ Christopher J. Williamson_

                                                CHRISTOPHER J. WILLIAMSON
                                                OLGA L. TOBIN
                                                Trial Attorneys, Tax Division
                                                U.S. Department of Justice
                                                Ben Franklin Station, P.O. Box 227
                                                Washington, DC 20044
                                                Telephone: (202) 307-2250
                                                Fax: (202) 514-6866
                                                christopher.j.williamson@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on April 19, 2016, I filed the foregoing JOINT MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISSAND DEFENDANTS' REPLY THERETO with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including defense counsel.

                                                             */s/ Martin F. McMahon*
                                                             Martin F. McMahon, Esq.