AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Abdel Aziz et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 15 cv 2186 (RDM) |
| Treasury Department et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff-Intervenor Sam Abrams           .

Date:   03/09/2016

*(signature)*
*Attorney's signature*

David Abrams NY0201
*Printed name and bar number*

305 Broadway Suite 601
New York, NY 10007

*Address*

dnabrams@gmail.com
*E-mail address*

(212) 897-5821
*Telephone number*

(212) 897-5811
*FAX number*