David Abrams, Attorney at Law
305 Broadway Suite 601
New York, New York 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
District of the District of Columbia
_____

|  |  |  |
|---|---|---|
| Mohamed Abdel Aziz et al,, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| - against - | ) | No. 15 cv 2186 (RDM) |
| | ) | |
| The United States Treasury Department et al., | ) | **Motion to Intervene** |
| | ) | |
| Defendants | ) | |
| | ) | |
_____)

     Pursuant to Fed. R. Civ. P. 24, Plaintiff-Intervenor Sam Abrams respectfully moves for leave to intervene in the above-captioned matter.   The proposed Complaint, attached hereto as Exhibit A, cites to specific evidence which appears to indicate that Doctors Without Borders --  a registered charity in the United States -- is collaborating with Hamas, a designated terrorist organization.

     In this matter, Plaintiffs Mohamed Abdel Aziz et al. (the "Original Plaintiffs") have sought, based on their standing as taxpayers, to have the Court direct the United States to investigate the tax exempt status of various charitable organizations which are alleged to be involved in Jewish settlement activities in Judea and Samaria, as these areas were known until Jordan occupied and annexed these areas in 1948 and expelled their Jewish populations.

     It appears, based on precedent, that the Original Plaintiffs lack standing to assert their claims in this Court.  For example, in *Fulani v. Brady*, 935 F.2d 1324 (D.C. Cir. 1991), the Appeals Court specifically rejected a third-party attempt to challenge the tax

exempt status of a 501(c)(3) organization.  Moreover, the Plaintiff in *Fulani* had a much stronger position than the Original Plaintiffs here, since the *Fulani* Plaintiff alleged that the tax exemption at issue was being abused to benefit her competitors.  Here, the Original Plaintiffs' claim to standing is primarily based on their status of taxpayers.  Thus, opening the courthouse doors to them would lead to a flood of similar lawsuits where taxpayers challenge the 501(c)(3) status of organizations that they oppose for ideological, political or other reasons.

Nevertheless, if this Court is of a mind to open the floodgates, the flood may as well start here.  Under Rule 24(b)(1)(B), the Court  "may permit anyone to intervene who . . . has a claim or defense that shares with the main action a common question of law or fact."  The factors the Court may consider in exercising its discretion include (1) whether there is an independent basis for subject matter jurisdiction; (2) whether the motion to intervene is timely; (3) the commonality of issues of law or fact; (4) whether there will be prejudice to any party from permitting intervention; and (5) whether the parties seeking intervention will contribute to a just resolution of the issues.  *See Aristotle Internationa,l Inc. v. NGP Software*,  714 F. Supp. 2d 1, 18 (D.D.C. 2010).

Here, the Plaintiff-Intervenor's proposed basis for subject matter jurisdiction is the same as that of the Original Plaintiffs.  Moreover, the matter is at a very early stage and there would not be prejudice to any party from permitting intervention.  Perhaps most importantly, the proposed Complaint raises the same issues as that of the Original Plaintiffs -- whether citizen taxpayers have standing to compel the government to investigate the tax status of charitable organizations who are alleged to be misbehaving.  Finally, based on common sense and fairness, the Court should consider hearing from parties who take a different view of the Arab/Israeli conflict from that of the Original Plantiffs.  If the Internal Revenue Service is to investigate pro-Israel charities based on

vague and sensational allegations of bad behavior, it should also investigate those charities which are hostile to Israel, particularly if there is solid evidence linking such a charity to designated terrorist organizations.

Pursuant to Local Rules, Plaintiff's counsel conferred with counsel for the Plaintiffs and for the Defendants in this matter; these parties denied consent for this motion.

For the foregoing reasons, Plaintiff-Intervenor requests that in the event the Original Plaintiffs' claims are not dismissed, he be permitted to intervene file and serve the attached Complaint. A proposed Order is attached hereto as Exhibit B.

Respectfully submitted,

/s/ David Abrams
_____

David Abrams (NY0201)
Attorney for Plaintiff
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821
dnabrams@gmail.com

Dated: May 4, 2016
New York, New York

# Exhibit A

David Abrams, Attorney at Law
305 Broadway Suite 601
New York, New York 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
District of the District of Columbia
_____
                                                            )
Mohamed Abdel Aziz et al,,                    )
                                                            )
              Plaintiffs,                    )
                                                            )
          - against -                         )       No. 15 cv 2186 (RDM)
                                                            )
The United States Treasury Department   )       **Proposed Complaint**
et al.,                                                  )       **in Intervention**
                                                            )
           Defendants               )
                                                            )
Sam Abrams,                                       )
                                                            )
            Plaintiff,                      )
                                                            )
-against -                                             )
                                                            )
The United States Treasury Department   )
et al,                                                   )
                                                            )
           Defendants.              )
                                                            )
_____)

       Plaintiff-Intervenor Sam Abrams, complaining of the Defendants by his attorney,

David Abrams, Attorney at Law, respectfully sets forth and alleges as follows:

**I.     Introduction**

1.     Based on a review of the case law, it appears that the original Plaintiffs in this

matter (the "Aziz Plaintiffs") lack standing as taxpayers to challenge the tax exempt

status of organizations such as American Friends of Ariel; FIDF; or American Friends of

Har Homa.

2.      Nevertheless, in the event that the Court takes up the Aziz Plaintiffs' claims, there is a far stronger candidate for investigation and revocation of its tax exempt status: Medecins Sans Frontieres USA, Inc. a/k/a Doctors Without Borders ("Doctors Without Borders").

3.      More specifically, there appears to be direct evidence on the web site of Doctors Without Borders that it is providing material aid to a designated terrorist organization -- Hamas -- in violation of 18 U.S.C Section 2339B.

4.      This misconduct can be contrasted with the vague and conclusory mish-mash of allegations made by the Aziz Plaintiffs which attempt to tar an entire category of charitable organizations without pointing to any specific misdeeds (let alone violations of the U.S. Code) by any such organizations.

**II.      Parties**

2.      Plaintiff-Intervenor Sam Abrams is an American taxpayer who resides in the State of New York, County of Monroe.

3.      The Defendants are agencies of the United States of America.

**III.      Background**

4.      Doctors Without Borders is a registered 501(c)(3) charity in the United States.  It was incorporated as a New York not-for-profit organization in or about 1987 and has been registered as a tax exempt charity for at least 10 years.

5.      As an American NGO, Doctors Without Borders is subject to 18 U.S.C. Section 2339B which makes it unlawful to provide "material support" to designated terrorist organizations.

6.      Since at least 2010, it has been clear that such "material support" is construed broadly and includes essentially all forms of assistance.  *See Holder v. Humanitarian Law Project*, 561 U.S. 1 (2010).

7.     Nevertheless, as set forth in more detail below, postings on Doctors Without Borders' own web site indicates that Doctors Without Borders has been providing material support to Hamas over the past few years.

8.     Hamas is, of course, a designated foreign terrorist organization and has been since October 8, 1997.

9.     And of course it is axiomatic that a 501(c)(3) organization must be operated "exclusively" for charitable purposes.  Providing material support for terrorists in violation of American law cannot be reconciled with this requirement.

**IV.     Specific Acts**

10.    As set forth in the attached documents, it appears that Doctors without Borders has admitted on its own web sites to collaboration with Hamas in terms of provision of medical services.

11.    More specifically, Doctors without Borders admits to "collaboration" with the Palestinian Ministry of Health (in Gaza).  See Exhibit A.  Since this collaboration took place within Gaza, it necessarily refers to Hamas.  See Exhibit B.

12.    Similarly, Doctors without Borders admits on its web site that in 2013, it "started supporting the Ministry of Health on intensive care, by implementing training programmes for medical and paramedical staff."  See Exhibit C.  (The "Nasser Hospital" referred to by this statement is located in Gaza.)

13.    Indeed, Doctors without Borders admits on its web site that in 2011 in Gaza it implemented a series of assessments in "partnership" with the Ministry of Health in Gaza.  See Exhibit D.

14.    Another story from the Doctors Without Borders web site indicates that "worked with" the Ministry of Health to provide training at al-Shifa Hospital in Gaza.  See Exhibit E.

15.     A lengthy article from a Doctors Without Borders-affiliated web site, attached

hereto as Exhibit F, discusses the transition to Hamas rule in Gaza and how Doctors

Without Borders ultimately decided to start collaborating with Hamas.  (See page 3).

16.     Significantly the same article all but admits that the activities of Doctors Without

Borders were in conflict with government policies against supporting terrorism:

> The main institutional donors made funding for non-governmental
> organisations  dependent  on an  undertaking  not  to enter  into contact with
> Hamas, forcing some  NGOs to limit or even suspend their activities. MSF, whose
> projects were financed from private funds, was not affected by these constraints . .
> . .

17.     Thus, it appears that Doctors Without Borders was and is well aware of the legal

issues involved in collaborating with Hamas but chose to do so anyway.

18.     Moreover, it should be noted that some of the above evidence came directly from

the web site of the American arm of Doctors Without Borders.  In other words, it does

not appear that the above collaboration is the work of a foreign affiliate of Doctors

Without Borders, done without the knowledge or participation of the American charity at

issue in this matter.

19.     In or about February of 2015, Plaintiff filed a formal complaint with the Internal

Revenue Service concerning Doctors Without Borders.  However it appears that no

action has been taken.

**IV.    Conclusion**

20.     Accordingly, in the event the Court determines that the various charitable

organizations referred to in the complaint of the Original Plaintiffs in this matter should

be investigated by the United States, such determination should also include Doctors Without Borders.

WHEREFORE Plaintiff demands judgment dismissing all complaints in this matter or, in the alternative, directing the Defendants to investigate Doctors Without Borders.

Respectfully submitted,

/s/ David Abrams

_____

David Abrams
Attorney for Plaintiff
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821
dnabrams@gmail.com

Dated: May 4, 2016
New York, New York

# Exhibit A



**PRESS ROOM**    **EVENTS**    **TAKE ACTION**     **More**

**MSF USA**

**MEDECINS SANS FRONTIERES**
**DOCTORS WITHOUT BORDERS**

SIGN UP FOR UPDATES

email address 

Medical aid where it is needed most. Independent. Neutral. Impartial.

# Gaza: Providing Medical Care Through War and Truce

**Field News**

Videos

Audio

Slideshows

Press

Blogs



MSF

Hospital staff perform surgery in an operating theater at Al Shifa hospital.

August 27, 2014

**Be part of MSF**

Our supporters, donors, and fundraisers are a vital part of the MSF movement.

**Find out how you can support MSF's lifesaving work.**

**Learn more**

(http://www.doctorswithout /support-us)

**News and stories from around the world**

## Life During Wartime

For 50 days, the Doctors Without Borders/Médecins Sans Frontières (MSF) staff and patients at **Gaza** (https://www.doctorswithoutborders.org/country-region/occupied-palestinian-territory)'s Al Shifa hospital have lived and worked in a cycle of fighting, ceasefire, and renewed fighting. However, on August 25, an open-ended ceasefire went into effect, bringing a massive sense of relief to MSF teams and to the population of Gaza as a whole. Thought the fighting has ended, activity in the largest hospital in Gaza continues unabated. Until this week the hospital was still receiving people wounded in recent bombings, as well as people injured over previous days who were unable to come for treatment until now.

MSF surgical teams continue to work alongside staff from the Palestinian Ministry of Health at Al Shifa, as they have been doing since the Israeli army launched Operation Protective Edge on July 8. As one MSF surgeon leaves, another one takes his or her place. Maurice, a thoracic surgeon, has just returned from Gaza. "I was operating on patients with chest and abdominal injuries," he says. "Most were shrapnel wounds. Even a small piece of shrapnel less than 1 centimeter long can tear everything in its path and cause massive wounds to the lungs. More than half of the patients I operated on were women and children. "

Two other MSF surgeons are currently working in Al Shifa, operating on patients with severe burns who require multiple surgeries, doing plastic surgery, and carrying out skin grafts, amongst other things. They are also called on to assist with especially long or difficult operations. The 60-bed hospital receives patients from across the Gaza Strip, and includes six operating theatres, an intensive care unit where burns victims are cared for, and an emergency room. The Palestinian medical staff is very experienced, but a number of hospitals in Gaza have been destroyed or damaged, and the workload in Al Shifa is so heavy that they still need outside support.

From July 28 to August 10, MSF had three surgical teams working in the hospital, tending to a constant influx of wounded patients during the ground offensive. The emergency room was overwhelmed, as were the operating theaters, with 30 to 40 seriously wounded patients arriving each day.

"Many patients had multiple shrapnel wounds caused by explosions, with chest, vascular and limb injuries," says Kelly, an anesthesiologist who spent

**VOICE FROM THE FIELD**   07.27.2015

**Nigeria: "Our team is working all the time, because IDPs arrive every week"** (/article/nigeria-%E2%80%9Cour-team-working-all-time-because-idps-arrive-every-week%E2%80%9D)

**PRESS RELEASE**   07.23.2015

**South Sudan: Urgent Humanitarian Access Needed in Upper Nile State** (/article/south-sudan-urgent-humanitarian-access-needed-upper-nile-state)

**VIDEO**   07.21.2015

**A Month in Focus: July 2015** (/article/month-focus-july-2015)

**FIELD NEWS**   07.20.2015

**Tanzania: Camp for Burundian Refugees "At Breaking Point"** (/article/tanzania-camp-burundian-refugees-breaking-point)

**MORE STORIES >** (/NEWS-STORIES)

almost four weeks in Gaza. "People in the vicinity of an explosion are burned by the heat, while the blast destroys their lungs and shrapnel penetrates their body. The shock wave can destroy the leg bones of a person who is standing, and both legs then need to be amputated—it's terrible, but there's no other solution."

In seven weeks, MSF sent 37 international staff to Gaza, including surgeons, doctors, nurses, administrators, and project coordinators. Currently MSF has two surgeons, two anesthesiologists, and one intensive care nurse working in the hospital.

## Following Up

MSF also runs a clinic in Gaza City providing post-operative care to patients who have undergone surgery, who come to have their dressings changed and to attend rehabilitation sessions with a physiotherapist.

Like Al Shifa, activities in the post-operative care clinic over the past seven weeks were also affected by the frequency and intensity of attacks. At the height of the fighting, the clinic closed for 11 days, as it was impossible for patients to reach the clinic on their own or to be transported by MSF car.

During this time, the team provided dressing kits for patients. When the clinic reopened, 20 to 40 percent of patients were able to come for their appointments. A number of patients, however, have still not been traced. Now the clinic is full. "It's like a beehive," says Dr. Abu Abed, an MSF doctor. "As well as our former patients, we have been caring for new patients who were injured during the war. We saw more than 100 new patients between July 1 and August 25. "

The medical aid MSF is providing in Gaza takes a number of different forms. In addition to working in Al Shifa hospital and the post-operative care clinic, MSF has also donated drugs and medical supplies to the central pharmacy in Gaza, to Al Shifa hospital, to Nasser hospital in Khan Younis, and to Kamal Edwan hospital in Beit Lahiya.

## Working Together

 This aid was provided in no small part due to successful collaboration between MSF teams and the Palestinian Ministry of Health. With the blockade cutting off the entire population of Gaza from the outside world, in recent years Palestinian medical staff have been deprived of opportunities to share skills with international colleagues, to gain practical experience, or to travel to medical conferences abroad. As a result, they 

have been appreciative of the chance to learn new surgical, anesthetic and medical practices from MSF staff.

*MSF currently has 50 staff working in Gaza, 40 Palestinian and 10 international. MSF also works in the West Bank, running a psychological support program in the governorates of Hebron and Nablus.*

## Related News & Publications



VOICE FROM THE FIELD    **JULY 27, 2015**

**In Nigeria: "Our team is working all the time, because IDPs arrive every week"** (/article/nigeria-%E2%80



PRESS RELEASE    **JULY 23, 2015**

**South Sudan: Urgent Humanitarian Access Needed in Upper Nile State** (/article/south-sudan-urgent-

**MSF USA**    **MSF USA**

333 7th Avenue, New York, NY 10001-5004 | 212-679-6800
A 501(c)(3) tax-exempt organization. Federal Identification Number (EIN): 13-3433452.

**D O N A T E**

**ABOUT US**
History & Principles
Financial Information
MSF Leadership
Mass Media
FAQ
Other MSF Offices

**OUR WORK**
How We Work
Impact
Countries
Medical Issues
Humanitarian Issues
Medical research
Publications

**NEWS & STORIES**
Field News
Videos
Audio
Slideshows
Press
Blogs

**WORK WITH US**
Work in the Field
Work in the Office

**SUPPORT US**

# Exhibit B

THE TIMES OF ISRAEL | www.timesofisrael.com

# PA: Gaza Health Ministry stole medical aid in summer conflict

Hamas officials are further accused of currently barring hospital clean-up, taxing shipments entering the Strip, mismanaging funds

BY MARISSA NEWMAN | December 8, 2014, 2:43 pm |



The Palestinian Authority on Sunday accused the Hamas-run Gaza Health Ministry of having stolen medical equipment and medications that the PA sent during the summer conflict to assist the Strip's overburdened hospitals, the Palestinian Ma'an News Agency reported.

In a fierce condemnation of its Gaza counterpart, a spokesman for the PA Health Ministry charged that Hamas was preventing volunteers from cleaning up garbage that piled up at Gaza's public hospitals following a strike of its janitorial staff who had not been paid for months. He further said that Hamas had created a "new department" at the Kerem Shalom crossing that taxed all supplies — including medical aid — entering the Gaza Strip, and that since the formation of the Palestinian unity government, Gaza ministry officials have been withholding funds.

During the summer conflict, the PA ministry sent large shipments of medical aid, but "didn't know where those medicines were distributed and who benefited from them," PA Health Ministry spokesman Osama al-Najjar told a Ramallah press conference.

"After investigations, we have been informed that influential ministry officials in Gaza steal these medicines and equipment, and that the medicines do not go to hospitals and the health sector in the Gaza Strip which badly need them."

The West Bank medical supply warehouses were "completely emptied" during the 50-day conflict, he said.

But despite the allegations and apparent shortage, the Ma'an report maintained that the PA continues to send medical equipment to the Gaza Strip.

The officials responsible for the missing medical equipment "invented" the janitorial crisis at Gaza public hospital, the spokesman said. The cleaning staff launched a general strike last week, after not receiving their salaries for months.

Photos published by Ma'an last week showed overflowing trash cans at the Shifa hospital. Ashraf al-Qidra, the spokesman for the Gaza Health Ministry, said that "dirt and garbage at the reception department of Shifa medical complex haven't left room for even a single patient."

While al-Najjar said the janitors had no claim against the ministry since they were employed by private companies, he indicated that the Hamas-run hospitals were facilitating the strike, which he called "blackmail."

"Those cleaners have been incited on purpose to withdraw from their workplaces, and so far some influential officials of the Health Ministry have prevented volunteers from removing the

piled garbage from Gaza hospitals, and this is a very serious matter," he said. "We are being blackmailed and we won't yield to this blackmail."

On top of stealing equipment, the PA spokesman said Hamas had begun to "forcibly" tax all shipments entering the coastal enclave at the Kerem Shalom crossing.

Hamas has formed "a new department at the Karm Abu Salem (Kerem Shalom) crossing called the general administration of custom tax security," he said, which "forcibly collects 2.5 percent custom tax on everything that enters Gaza, including medicines and medical equipment."

Al-Najjar also charged Gaza ministry officials with withholding money intended for the health and finance ministries as part of the Palestinian unity government agreements.

Since the unity government was formed, Hamas officials "haven't sent a single shekel from the ministry's revenues to the Ministry of Health or the Ministry of Finance," he said.

According to figures provided by the Hamas-run Gaza Health Ministry, some 2,200 Palestinians were killed, and 11,000 wounded during the 50-day conflict. Israel maintains that half the dead were terror operatives.

© 2015 THE TIMES OF ISRAEL, ALL RIGHTS RESERVED

# Exhibit C



 

MSF is an international, independent, medical humanitarian organisation

About MSF    Activities    News    Resources

Share

# Palestine



Photo: Juan Carlos Tomasi/MSF

| Country | Palestine ▸ | Browse latest | Select ▸ |
| --- | --- | --- | --- |

## Activities  2013 International Activity Report

(/international-activity-report-2013)



**Regions where MSF has projects**

**Cities, towns or villages where MSF works**

**Key medical figures:**

- 160 surgical interventions

## Finances  2013 International Financial Report

(/international-financial-report-2013)

### Expenses

|  | In thousands of € |
| --- | --- |
| Locally hired staff | 1,836 |
| International staff | 987 |
| Operational running expenses | 206 |
| Medical and nutrition | 180 |
|  |  |
| Programmes | 3,462 |
| Indirect supply costs | 1 |
| Field-related expenses | 3,463 |

- 7,200 individual and group mental health consultations

Unrelenting violence in Gaza and the West Bank continues to have medical, psychological and social consequences for Palestinians.

The Israel–Palestine conflict and inter-Palestinian violence has increased people's need for medical and psychological care, and has reduced the availability of drugs, medical equipment and services to treat them. Médecins Sans Frontières (MSF) runs programmes in the Occupied Palestinian Territory aimed at meeting the needs not covered by the Palestinian health system.

In Gaza, MSF focuses on plastic surgery, reconstructive surgery and hand surgery for patients suffering from serious burns, trauma and other debilitating injuries. MSF specialist surgeons, anaesthetists and operating theatre nurses work alongside Palestinian colleagues in the two main public hospitals. Most patients are children with burns injuries caused by domestic accidents, as electricity shortages force people to find alternative means of cooking and heating their homes. MSF runs a clinic in Gaza City offering postoperative care, including physiotherapy and dressings, to help patients rehabilitate from their surgery.

In 2013, MSF started supporting the Ministry of Health on intensive care, by implementing training programmes for medical and paramedical staff. An MSF medical team is working in close partnership with Nasser hospital medical staff, providing bedside clinical instruction, mentoring and technical support.

**Mental health support**
Exposure to conflict violence has a severe impact on people's mental health. In Nablus, Hebron and East Jerusalem, MSF teams continue to provide psychological and social support to direct and indirect victims of violence. Almost half of the patients are under 18, and most are suffering from anxiety-related conditions. Depression, behavioural issues and post-traumatic stress disorder are common.

Read more » (/international-activity-report-2013-occupied-palestinian-territory)

**No. staff in 2013: 94. MSF first worked in the country in 1989.**

| | In thousands of € |
|---|---|
| Logistics and sanitation | 12 |
| Transport, freight and storage | 214 |
| Training and local support | 4 |
| Consultants and field support | 21 |
| Private and public institutional grants | - |
| Others | 3 |
| | |
| Programmes | 3,462 |
| Indirect supply costs | 1 |
| Field-related expenses | 3,463 |

## Funding

| | In thousands of € |
|---|---|
| **Private and other income** | **3,463** |
| **ECHO and EU institutions** | - |
| **EU governments** | - |
| **Non-EU European governments** | - |
| **North American governments** | - |
| **Other governments** | - |
| **UN institutions** | - |
| | |
| Public institutional income | - |
| Funding of field-related costs | 3,463 |

## Staff information

| | In full-time equivalents |
|---|---|
| National staff | 77 |
| **Field positions** | 95 |

In full-time equivalents

| | |
|---|---|
| International staff | 18 |
| **Field positions** | 95 |

**About MSF**

Charter & principles
The MSF movement
History
Finances
Staff
Affiliated organisations
Press kit

**Activities**

Overview
Opening a programme
Closing a programme
Glossary

**News**

Latest news
Articles
Press releases
Op-eds
Press kit
Photos
Videos

**Resources**

Latest resources
Annual reports
Reports
Medical resources
Factsheets
Microsites

**Join MSF**

Donate
International vacancies
Before you apply
How to apply
Working in the field
Contact MSF

# Exhibit D


**MÉDECINS SANS FRONTIÈRES**




MSF is an international, independent, medical humanitarian organisation

MSF Sites ▾   Search

About MSF     Activities     News     Resources

Share

# Gaza: Intensive care training for doctors

27 June 2013



Photo: Frederic Sautereau

*An MSF doctor plays with one-year-old Hala, who suffers burns on her body, next to her mother.*

**Médecins Sans Frontières (MSF), working with the Ministry of Health, is organising intensive care training for local doctors in Gaza from 25 to 27 June 2013. The course will be run at the Al Shifa hospital. Owing to the Israeli blockade in place since 2007, Palestinian (/opt) doctors find it very difficult to leave Gaza to receive specialist training.**

The blockade, set up when Hamas came to power in Gaza in June 2007, imposes tight restrictions on people's movements and access to goods. In addition to its economic impact, with the rise in unemployment and poverty, the blockade also affects the health sector. Patients who cannot be treated in Gaza have to ask for authorisation to leave the territory and travel to foreign hospitals, or Palestinian hospitals in the West Bank, for treatment. Delays in exit permits granted by the Israeli authorities often cause patients' health to deteriorate.

Doctors living in Gaza are also affected by the blockade. Since it is very hard for them to leave Gaza, they are unable to receive training to update their medical knowledge and thus improve the way that they treat the pathologies that affect the people of Gaza.

In response to this situation, MSF is making efforts to meet the needs of the Palestinian people, particularly by providing access to certain treatments. "Although the medical system in Gaza is functional, the support and training that medical staff need to treat patients in intensive care situations has now become an issue that MSF wishes to tackle," explains Tommaso Fabbri, head of mission in Gaza.



Patients in intensive care units are the most at-risk patients in the hospital environment. In January 2011, following a series of assessments implemented in partnership with the Ministry of Health, MSF decided to set up an intensive care programme with several facets. In addition to the training courses for Gazan doctors offered at the Al Shifa hospital, MSF will be sending specialist medical equipment technicians to the Nasser de Khan Younis hospital in southern Gaza. They will provide the hospital with technical support so that it can optimise its use of intensive care equipment. An MSF nurse has been giving staff at the Nasser hospital intensive care training since March 2013, using a bedside teaching approach. MSF also plans to develop its intensive care support programme by offering physiotherapy training in the near future.

MSF will use the 25 to 27 June training programme to offer a group of around thirty doctors clinical teaching with a focus on technical support. The goal is to develop the medical staff's knowledge, skills and attitude so that they are better equipped to treat seriously ill patients.

The training offered by MSF draws on a programme developed by the Chinese University of Hong Kong[1], a recognised training programme supervised by a group of international specialists[2]. Training modules address comprehensive treatment of patients suffering from reversible serious illnesses. The programme has been approved by the International Pan Arab Critical Care Medicine Society (IPACCMS) and the World Federation of Societies of Intensive and Critical Care Medicine. Trainees will take part in sixteen modules spread over three days. At the end of the programme, participants will validate their training with a test and receive a certificate from the Chinese University of Hong Kong.

Gaza: Intensive care training for doctors | Médecins Sans Frontières (MSF...

http://www.msf.org/article/gaza-intensive-care-training-...

Case 1:15-cv-02186-RDM   Document 13   Filed 05/05/16   Page 24 of 36

*MSF has been active at the Nasser de Khan Younis hospital in Gaza since 2010. It runs a specialist hand surgery programme and secondary reconstructive surgery for domestic burn victims. Patients at the MSF clinic in Gaza receive post-operative care in the form of physiotherapy and wound dressings. In Nablus, on the West Bank, MSF runs a psycho-social and health care programme. MSF has been working in the Palestinian Territories since 1989.*

1. Program BASIC « Basic Assessment and Support in Intensive Care »
2. Hong Kong, Australia, India, Malaysia, New Zealand, United Arab Emirates and United Kingdom

**About MSF**

Charter & principles
The MSF movement
History
Finances
Staff
Affiliated organisations
Press kit

**Activities**

Overview
Opening a programme
Closing a programme
Glossary

**News**

Latest news
Articles
Press releases
Op-eds
Press kit
Photos
Videos

**Resources**

Latest resources
Annual reports
Reports
Medical resources
Factsheets
Microsites

**Join MSF**

Donate
International vacancies
Before you apply
How to apply
Working in the field
Contact MSF

# Exhibit E

**PRESS ROOM**    **EVENTS**    **TAKE ACTION**          **More**

**MSF USA**

SIGN UP FOR UPDATES

email address 

**MEDECINS SANS FRONTIERES
DOCTORS WITHOUT BORDERS**

Medical aid where it is needed most. Independent. Neutral. Impartial.

# MSF Begins Work in Second Gaza Hospital

**Field News**

Videos

Audio

Slideshows

Press

Blogs



Palestinian Territories 2013 © Mustafa Hassona/MSF
MSF overseeing training exercises in Khan Younis's Nasser Hospital.

October 07, 2013

## MSF has begun offering surgical and postoperative

**Be part of MSF**

Our supporters, donors, and fundraisers are a vital part of the MSF movement.

**Find out how you can support MSF's lifesaving work.**

**Learn more**

(http://www.doctorswithout
/support-us)

**News and stories from around the world**

RELATED (/NEWS-STO)
RECENT (/NEWS-STO)

**services at Gaza City's Al-Shifa Hospital, akin to what teams were already doing at Nasser Hospital in Khan Younis.**

On October 1, Doctors Without Borders/Médecins Sans Frontières (MSF) teams in Gaza, working in collaboration with the Ministry of Health (MoH), extended its reconstructive plastic surgery program at Nasser hospital in Khan Younis to Al-Shifa hospital in Gaza City.

MSF started its program in Khan Younis in 2010, after assessment teams determined that there was a need for reconstructive plastic surgery and post-operative care services at Nasser hospital. Since then, international MSF staff members—surgeons, nurses, and anesthetists—have traveled to Gaza several times each year to provide treatment to victims of trauma, domestic accidents, burns, and other injuries, and to help patients regain optimum use of their limbs.

Apart from a few private surgeons and clinics, Al-Shifa and Nasser hospitals are the only facilities in Gaza that provide reconstructive surgery. But demand and circumstance have meant they could not treat all those who needed care. The blockade implemented in 2007 resulted in over 450 patients having to wait from 12 to 18 months for their operations.

MSF performs two types of surgical intervention, plastic surgery and specialized hand surgery. Between January and September of this year, MSF teams performed 126 procedures, 63 percent of them on children.

## Expanding Services

After the launch of the program at Al-Shifa on October 1, 18 surgical procedures were scheduled, more than 80 percent of them involving children.

"We hope that our work at Al-Shifa Hospital will increase the number of patients receiving treatment and reduce the Ministry of Health's waiting list," said Tommaso Fabbri, MSF's head of mission in Jerusalem.

"The aim is to share knowledge and skills, both in reconstructive surgery and postoperative care," said Dr. Mahesh Prabhu, an MSF surgeon in Gaza. "The first two days of the program were devoted to preoperative examinations and then the following seven to the procedures themselves."

## The Importance of Postoperative Care

After their operations, patients are routinely referred to an MSF clinic that

VIDEO  07.21.2015 **A Month in Focus: July 2015** (/article/month-focus-july-2015)

FIELD NEWS  07.09.2015 **Jordan: Increasing Numbers of Wounded Syrians Fleeing Barrel Bombs** (/article/jordan-increasing-numbers-wounded-syrians-fleeing-barrel-bombs)

PRESS RELEASE 07.08.2015 **Gaza: One Year After 2014 War, Abject Misery Across Gaza and West Bank** (/article/gaza-one-year-after-2014-war-abject-misery-across-gaza-and-west-bank)

SLIDESHOW  07.08.2015 **Wonderwomen of Gaza** (/article/wonderwomen-gaza)

**MORE STORIES >** (/NEWS-STORIES)

specializes in postoperative care. In 2012, patients benefited from some 7,000 dressing and physiotherapy sessions. Physiotherapy plays a key role in rehabilitation treatment for patients, as it helps them to heal more quickly, suffer less pain, and regain as much use of their limbs as possible.

There is a room set aside for hand physiotherapy in the MSF clinic. Most patients are children. MSF teams at the clinic also treat patients referred by the MoH and other facilities.



In addition to the surgery program, in June 2013 MSF worked with the MoH to provide intensive care training at Al-Shifa hospital for doctors from several Gaza hospitals. And, in September 2013, MSF donated enough insulin to last the MoH one month after a supply problem resulted in a shortage.

*MSF programs in the Palestinian Territories also include medical and mental health programs in Nablus, Hebron, and East Jerusalem. The organization has been working in the West Bank since 1989 and in Gaza since 2000.*

## Related News & Publications



(/article/month-focus-july-2015)
VIDEO   **JULY 21, 2015**

**A Month in Focus: July 2015**

(/article/month-focus-july-2015)



(/article/jordan-increasing-casings-fleeing-
FIELD NEWS   **JULY 09, 2015**

**Jordan: Increasing Numbers of Wounded Syrians Fleeing Barrel Bombs** (/article/jordan-increasing-numbers-wounded-

**MSF USA**    MSF USA

333 7th Avenue, New York, NY 10001-5004 | 212-679-6800
A 501(c)(3) tax-exempt organization. Federal Identification Number (EIN): 13-3433452.

# Exhibit F

(/)

Langue
**FRANÇAIS (/)**

Search
The search will be limited to books. Search whole site (/).

RSS (HTTP://WWW.MSF-CRASH.ORG/EN/RSS/RSS.PHP)

HOME (HTTP://WWW.MSF-CRASH.ORG/EN/PUBLICATIONS/)

ABOUT US (HTTP://WWW.MSF-CRASH.ORG/EN/QUI-SOMMES-NOUS)

PUBLICATIONS (HTTP://WWW.MSF-CRASH.ORG/EN/PUBLICATIONS/)

CONFERENCES-DEBATES (HTTP://WWW.MSF-CRASH.ORG/EN/RENCONTRE-DEBATS/)

SEARCH BY THEME (HTTP://WWW.MSF-CRASH.ORG/EN/RECHERCHE-THEMATIQUE/)

HUMANITARIAN NEGOTIATIONS REVEALED (/LIVRES/EN/HUMANITARIAN-NEGOTIATIONS-REVEALED)

## Gaza. Strip a Perilous Transition



Caroline Abu-Sada

MSF began working in the Palestinian territories in 1988, a few months after the outbreak of the first Intifada. Since then, various MSF sections have attempted to attenuate the effects of Israel's occupation on Palestinians' access to certain types of healthcare. But the existence of an efficient health system has made it difficult for the organisation to find its place. For example, in Gaza in 2007, there were almost 3,800 doctors, more than 4,200 nurses and around twenty hospitals for a population of just over 1.5 million. It counted 13.6 hospitals beds per 10,000 inhabitants, against seventeen in Jordan. Furthermore, the main causes of mortality in Gaza are cardiac and cerebrovascular diseases,[1] the same as in high or intermediate income regions. MSF's projects are operating in the midst of a conflict that has been internationalised from the outset, attracting a huge amount of media attention and generating intense transnational political mobilisation. The imperative for MSF to be present in such a symbolic conflict is complicated by the difficulties in finding relevant medical programmes.

This chapter focuses on MSF's actions in the Gaza Strip between 2007 and 2010. During this period the organisation was seriously rethinking its political and operational positioning—a rethink that would call for concessions by both MSF and the government of Gaza.

**Sommaire**

- Acknowledgments (/livres/en/acting-at-any-price/acknowledgments)
- Abbreviations (/livres/en/acting-at-any-price/abbreviations)
- Introduction : Acting at Any Price? (/livres/en/acting-at-any-price/introduction-acting-at-any-price)
- I. Stories (/livres/en/acting-at-any-price/i-stories)
  - Sri Lanka. Amid All-out War (/livres/en/acting-at-any-price/i-stories/sri-lanka-amid-all-out-war)
  - Ethiopia. A Fool's Game in Ogaden (/livres/en/acting-at-any-price/i-stories/ethiopia-a-fool-s-game-in-ogaden)
  - Yemen. A Low Profile (/livres/en/yemen-a-low-profile)
  - Afghanistan. Regaining Leverage (/livres/en/afghanistan-regaining-leverage)
  - Pakistan. The Other Side of the Coin (/livres/en/pakistan-the-other-side-of-the-coin)
  - Somalia. Everything is Open to Negotiation (/livres/en/somalia-everything-is-open-to-negotiation)
  - Gaza. Strip a Perilous Transition (/livres/en/gaza-strip-a-perilous-transition)
  - Myanmar. "Golfing with the Generals" (/livres/en/myanmar-golfing-with-the-generals)
  - Nigeria. Public (Health) Relations (/livres/en/nigeria-public-health-relations)
  - India. The Expert and the Militant (/livres/en/india-the-

The French section of MSF has been working in Gaza since 2000. Until 2005, its project was centred on psychological care, accompanied by medical-social care for people living in areas particularly hard-hit by the conflict (families whose houses had been requisitioned by the army, or were living near the settlements or in parts of the Gaza Strip where military authorisation was needed to enter or leave, etc.). After Israel's disengagement from the Gaza Strip in August 2005, MSF focused its attention on the border areas, considered to be the worst affected by the violence. Its programmes included the procurement of medicines and medical supplies for health facilities in preparation for a possible inflow of casualties. At the start of its interventions in Gaza, MSF was in contact with its usual political interlocutors: Israel, with which it negotiated visas, access to Gaza and administrative issues, and the Palestinian Authority, a nascent state body established by the 1993 Oslo Accords, based in Ramallah, in the West Bank, with which it coordinated care activities.



In January 2006, Hamas (the "Islamic Resistance Movement") won a decisive victory in the Palestinian elections. There followed a year of political tension between Fatah, the main party of the Palestinian Authority, and Hamas. In the spring of 2007, armed fighting broke out in the Gaza Strip, and in June, after a battle left more than a hundred people dead, Hamas took power. But the Palestinian Authority still had control of the West Bank, so there was now a government led by a democratically-elected party, Hamas, in the Gaza Strip, and a nonelected government led by the Fatah Party in the West Bank. The government in Gaza was immediately boycotted by part of the international community, including the United States and the European Union. Israel set up a land, air and sea blockade from which humanitarian aid was supposedly exempt. The main institutional donors made funding for non-governmental organisations dependent on an undertaking not to enter into contact with Hamas, forcing some NGOs to limit or even suspend their activities. MSF, whose projects were financed from private funds, was not affected by these constraints which, in the name of the fight against terrorism, discriminated against Palestinians unlucky enough to be living in the wrong place. In September 2007, Israel declared Gaza a "hostile entity". From that point on, Hamas was determined to demonstrate its ability to manage Gaza or, in other words, to transform itself into a ruling party. All of Hamas' strategies with the actors present, and notably MSF, were established with this one aim in mind.

In 2007, healthcare in Gaza underwent some important changes. The high number of casualties in the fighting between Palestinian factions tested the limits of its care system. In June 2007, the "Battle of Gaza" alone left more than 500 people wounded. The Palestinian hospitals coped remarkably well with the surgical requirements, but could provide little post-operative care. The climate of insecurity and the tension between the two factions also limited access to public care facilities for any patients considered to be opponents of Hamas. Furthermore, the healthcare system suffered from the rivalry between the two health ministries in Gaza and Ramallah. Fatah which ran the Palestinian Authority, ordered its health workers posted in Gaza to strike if they wanted to continue to be paid, while Hamas duplicated the administrative facilities and appointed its own health officials. The embargo—in spite of Israel's claims that medical aid would be exempt—combined with the unwillingness of the Health Ministry in Ramallah to cooperate with Gaza, made it increasingly difficult to procure medicines and medical supplies for the hospitals.

The change in context provided MSF with an opportunity to step up the medical dimension of its programmes, in addition to the psychological care it was already providing. It opened a centre offering postoperative care and physiotherapy for casualties admitted to the Palestinian hospitals in Gaza City, and set up mobile physiotherapy teams throughout the Gaza Strip. These mobile teams provided a care solution for patients whose physical incapacity kept them housebound, and for anyone whose links with Fatah prevented them from seeking treatment in Hamas-controlled health facilities. A paediatric clinic was also opened in Beit Lahiya to make up for gaps caused by the blockade and the health worker strikes. All these new activities were run out of private MSF facilities to ensure access for all patients—and because the public hospitals were already full to overflowing.

### Hamas: From Indifference to a Power Struggle and Imposed Negotiations

In a context marked by the Israeli blockade, international sanctions against Hamas and animosity between Palestinian factions, the new political situation in Gaza created problems for MSF, used to dealing only with the Palestinian Authority and the Israelis. Since arriving in the Gaza Strip in 2000, MSF had occasionally met with the leaders of Hamas, but that was before the race for the elections when it was just another opposition party. In the months following Hamas' accession to power, MSF continued to negotiate the legal conditions governing its presence in Gaza with the Palestinian Authority. The formal agreements on the provision of post-operative outpatient care and the opening of the paediatric care unit were signed in Ramallah in August 2007 and May 2008. As for the Hamas government, it initially devoted very little time to establishing formal relations with international NGOs. Its representatives, whose responsibilities were still somewhat vague as the structure of the new government was still being decided, seemed happy enough with the informal discussions they held with MSF during which they were told about the organisation's objectives and activities.

But by continuing to negotiate the legal framework of its interventions with the Palestinian Authority in Ramallah, MSF ran the risk of being seen to support Fatah in its fight against Hamas for sovereignty. Yet in September 2008, MSF called public attention to the responsibility of the political authorities, including Fatah, in the deterioration of the health situation. A press release entitled: "Gaza: politics take precedence over health", stated that: "The Palestinian Health Workers Union [pro-Fatah] is encouraging striking members to volunteer their services free of charge to patients being cared for in facilities managed by NGOs. But MSF has neither the capacity nor the legitimacy to deal with the repercussions of this crisis. Nor is it our mandate to ensure a "minimum level of service", as certain parties to this conflict have asked us to do. MSF refuses to play this role. We cannot and must not attempt to replace an entire public health system. [...] Rather than considering healthcare as an essential service, humanitarian and vital, it is being used to apply political pressure by two parties equally heedless of the consequences this could have for the population".[2] But this was the only time since Hamas had come to power in Gaza that MSF had publicly pointed the finger at the Palestinian Authority. Substituting for inadequate health systems might well be nothing new for MSF, but here it was crucial not to appear to be taking sides in the intra-Palestinian struggle, and to highlight the uncomfortable position in which all the parties to the conflict were placing it.

At the beginning of October 2008, Bernard Kouchner, France's foreign affairs minister at the time, announced after an official visit to Gaza that the French government was being provided with information by French NGOs working there. MSF immediately issued a press release, as did Médecins du Monde (MDM), refuting these unfounded and

expert-and-the-
militant)

• South Africa. MSF,
an African NGO?
(/livres/en/south-
africa-msf-an-
african-ngo)

• France. Managing
the
"Undesirables" (/livres/en/fra
managing-the-
undesirables)

○ II. History
(/livres/en/acting-at-any-
price/history)

○ Afterword
(/livres/en/afterword)

○ About the Contributors
(/livres/en/acting-at-any-
price/about-the-
contributors)

Agenda
(/livres/agenda) | Press review
(/livres/en/press-review)

dangerous allegations which cast doubt on its intentions and jeopardised its activities. These statements by the very minister who had co-founded MSF in 1971 and MDM in 1980 only served to heighten Hamas' mistrust of foreign aid organisations.

On 27 December the Israeli army launched "Operation Cast Lead" in the Gaza Strip. The first three days of the offensive were particularly violent. As Gaza City's main hospital, Al Shifa, was struggling to cope with the massive inflow of casualties, MSF decided to increase surgical capacity by setting up a hospital in inflatable tents. The initial plan was to put these tents up in the hospital grounds, but MSF eventually set them up at the end of the offensive outside the hospital to ensure its services would be accessible to all the victims. This project was discussed with administrative staff at the Gaza Health Ministry, but the health minister himself was not informed. In January 2009, MSF signed an agreement with the Health Ministry in Ramallah to extend its post-operative activities in the Gaza Strip.

The military offensive in December 2008 and January 2009, which left 1,300 Palestinians dead, more than 5,000 injured[3] and caused large-scale material damage, marked a political turning point in Gaza. In the eyes of the population, Hamas emerged victorious. The Palestinian Authority, on the other hand, was seriously weakened, in particular due to statements made by its president, Mahmoud Abbas, on the first day of the conflict, in which he blamed Hamas for Israel's attack on Gaza. At the end of the offensive, as a number of its leaders had been killed in the fighting, Hamas reorganised its administration. These changes led to the start of a new phase in relations between MSF and the Gaza government, which soon turned into a power struggle.

Following a visit to the tent hospital in mid-July 2009 by inspectors from the Gaza Health Ministry, the minister decided to close the facility down with immediate effect on the grounds that MSF did not have the necessary authorisations and that carrying out surgery in tents was not appropriate in Gaza. Between October 2009 and April 2010, a series of meetings took place during which Hamas voiced a number of criticisms and demands. The criticisms focused on MSF's recruitment policy and the fact that it was not sufficiently integrated into public facilities, while the demands were related to access to patients' personal files and home visits by medical teams. As far as Hamas was concerned, MSF had to become an integral part of its planned re-organisation of public health facilities in order to "avoid duplication and wasting money".[4] It believed that incorporating the organisation into its public facilities would also allow the transfer of competencies to ministry staff. It also felt that, as no agreement had been signed with the ministry on surgical activities (intensive care unit and operating theatre), it could not guarantee the quality of care for which it deemed itself responsible. With regard to recruitment, MSF was accused of employing the ministry's surgeons without its knowledge and paying them much more than they received from the ministry as public sector employees. Two surgeons had indeed been hired by MSF in 2008. They were paid on a piecework basis and the increase in the number of interventions carried out after Operation Cast Lead meant they were earning up to 8,000 dollars a month. Lastly, the ministry demanded that MSF, like the other medical organisations working in Gaza, should stop making home visits and hand over the patients' full medical files so it could carry out the necessary follow-up in the event of complaints about medical treatment.

These criticisms of a legal and administrative nature were compounded by other factors. During the discussions between MSF and Hamas, frequent references were made to the behaviour of the teams, both national and international, and to "parties" held at MSF's offices where Palestinians mixed with expatriates and alcohol was consumed. This was "not how [Hamas] wished society to be organised".[5] Marked by Bernard Kouchner's statement and its rejection by the western world, Hamas also continued to express doubts about MSF's neutrality. It took issue with the weekly security meetings—intended to update the teams on travel conditions—which it saw as information-gathering sessions. In September 2009, two MSF employees were summoned for an internal security services and subjected to tough interrogation about MSF's work. However, their main criticism seemed to be directed at conduct outside of work, which they considered to be incompatible with the new social order that Hamas was endeavouring to establish.

These areas of dissension were a reflection of Hamas' determination to be recognised as the legitimate health authority in the Gaza Strip. Meanwhile, the Ministry of Health in Ramallah was still asking MSF to sign framework agreements and provide it with "information on its activities".[6]

At the end of 2009, the authors of MSF's strategic plan recognised the need to react to the new political and administrative reality in Gaza. "We will continue ongoing discussions with the authorities in the Gaza Strip to try to negotiate the freedom to get on with our work (Hamas is clearly determined to maintain strict control within the Strip). Our presence in Gaza will therefore depend on the compromises Hamas asks us to make".[7] But many of Hamas' demands were rapidly deemed legitimate as they emanated from a sovereign authority. The organisation undertook not to recruit any more health workers from the public sector and to provide Hamas with more information on the project. It also undertook to draw up a global agreement defining the framework of its intervention and to develop the plastic surgery project it wanted to set up in Nasser hospital in collaboration with the Gaza Ministry of Health. However, MSF refused to hand over the full patient files, citing its duty to respect medical confidentiality. The ministry finally agreed that this information should only be shared between doctors from MSF and the Ministry of Health. It also gave way on the issue of incorporating MSF's psychological and post-operative care facilities into the public system. MSF had argued that there was a danger of the confidentiality of information concerning patients receiving psychological care being jeopardised and that the choice of patients requiring physiotherapy should remain MSF's responsibility. However, the organisation promised that ministry staff would be offered physiotherapy training and agreed to stop home visits for functional rehabilitation and mental health patients at the end of February 2010.

These events highlight the difficulties encountered by MSF in adapting to the political changes in Gaza and to the demands being made by the new authorities with regard to health policy. Clinging to the belief that power over Gaza was still being exercised from Ramallah, the teams reacted relatively slowly in dealing with the new political authorities; this is viewed as one of the weaknesses in the action carried out by the organisation since 2006. There is no written evidence of an explicit choice being made by MSF, but based on a series of personal accounts by international staff, managers at headquarters and Palestinian employees,[8] there appear to be two reasons for this attitude. Firstly, the national team, recruited when Fatah was in power in Gaza and composed essentially of people close to Fatah and to left-wing Palestinian nationalist parties, probably influenced the way the international teams perceived events in the Gaza Strip. Secondly, it is likely that this influence was even more potent because most of the involved expatriates and project managers, including those at headquarters, had already accepted the prevailing representations of Palestinian political actors and accorded more legitimacy to the Palestinian movement that had signed the Oslo Accords, embodied by the Palestinian Authority and its main component, Fatah, than to Hamas. This ideological proximity, although doubtlessly implicit, combined with the perspective from which MSF was viewing the situation, goes some way to explaining why MSF found it so hard to alter its reading of what was happening in Gaza.

MSF saw the Hamas government as wishing to impose both health policy choices and its own vision of society and did not want to be dictated to on how it should behave and how it should run its activities. This stance was due partly to a political desire to limit its collaboration with Hamas and partly to its difficulty in understanding the deep mutations underway in Gaza. The organisation gave the ruling authorities the impression that it had put itself beyond their reach at a time when there was a real need to organise services for the population and consolidate their legitimacy.

Hamas finally left MSF no choice but to negotiate the scope of the organisation's operations in the Gaza Strip. These negotiations focused on both medical and administrative issues. However, after the political and military defeat of Fatah, its long-standing interlocutor in the Gaza Strip, MSF's relations with Israel were to be determined by matters of a completely different nature.

### Israel and the Humanitarian Management of the Gaza Strip

Israel had evacuated its settlers and the military from the Gaza Strip in August 2005 as part of a non-negotiated withdrawal. However, it continued to control all entries and exits. For MSF, maintaining its activities therefore depended to a large extent on its relations with the Israeli authorities. This was all the more true after the Gaza blockade had been set up which, in theory, allowed through certain essential goods and humanitarian aid. In reality, however, orders of medical supplies and medicines sometimes remained stranded for days or even weeks if all the necessary permits hadn't been obtained, or if the contents of the crates contravened some aspect of the relatively vague rules governing the embargo—or even for no apparent reason.

The Israeli "Cast Lead" offensive was a perfect illustration of the role Israel intended humanitarian aid to play in Gaza. It also goes some way to explaining the relations between MSF and Israel, which was anxious to demonstrate its concern for humanitarian issues. Thus, in response to a French proposal for a "48-hour ceasefire on humanitarian grounds" on 1 January 2009, and in spite of the fact that 400 people on the Palestinian side had already been killed, the Israeli foreign minister, Tzipi Livni, explained that "aid convoys [were] being allowed through the border crossings" and that consequently there was "no humanitarian crisis in Gaza and […] no need for a truce". When, on 31 May 2010, the Israeli army attacked a flotilla of six ships transporting humanitarian aid to Gaza, Israel's deputy ambassador to the United Nations, whose task it was to defend the blockade, took the same position, thereby minimising the consequences of the "strategy designed to throttle Gaza" that had been adopted by successive Israeli governments.[9]

Interviewed in early 2011 about intervention opportunities for MSF during Operation Cast Lead, the head of NGO relations at the Israeli Defence Ministry and Coordinator of Governmental Activities in the Territories (COGAT) retrospectively justified the authorisations given to MSF in the following terms: "During operation 'Cast Lead' we authorised entry to any humanitarian operator providing real humanitarian assistance. We allowed MSF entry because we knew it would be useful. MSF asked us if it could take in tent hospitals, medicines and humanitarian workers. And nothing is more humanitarian than medical assistance. If your movements are coordinated with the Israeli Liaison Office (DCL) and you are providing medical assistance, why would we refuse authorisation? Some NGOs wanted to go in just to see what was happening, not to help, and that's why they were refused access".[10]

For MSF, along with other humanitarian organisations, difficulties in getting aid into Gaza increased once the embargo was in place. For the organisation, 2007 started badly even before the "Battle of Gaza", with an incident that had serious consequences for its action. On 17 April, during a trip to Jerusalem to attend a meeting with the coordination team, a Palestinian employee from Gaza was arrested for taking part in a "conspiracy" against Israel. In addition to the dramatic personal consequences of the incident, this arrest and subsequent conviction had numerous repercussions for MSF. Rumours circulated in Gaza that MSF had betrayed its employee and handed him over to the Israelis. In Israel, the organisation was the victim of a short but virulent press campaign during which it was accused of promoting terrorism.[11] For the authorities in Tel-Aviv, this episode was a real opportunity: not only was MSF's credibility undermined, but the risk of attack could be used as justification for restricting movements between the West Bank, Jerusalem and the Gaza Strip. Yet the organisation managed to keep up its activities, to the extent that some organisations who experienced more difficulty than MSF in obtaining travel permits at the Erez terminal[12] border crossing believed it was getting special treatment. The Association of International Development Agencies (AIDA) published a communiqué in December 2008 in which it referred to differences in treatment between organisations: "Consequently, the use of a "security" justification to restrict entry by NGO staff to Erez for over twenty consecutive days beginning the first week of November is not consistent with prior security responses. Furthermore, the granting of permission for entry to MSF, UN, and ICRC staff is also not consistent with the justification of "security"".[13] However, although MSF had very little scope for negotiation with Israel, it appeared to content itself with this. For example, it didn't ask for more access to Jerusalem for staff in Gaza, and vice versa, in a conflict where access and the free movement of goods and people were major issues.

In such conditions, is it possible for medical aid organisations such as MSF to avoid becoming the healthcare assistants of the occupying power? The issue of NGOs assisting the occupation was explicitly raised by the president of MSF in 2002: "Until now, international humanitarian aid has only played a peripheral role in this conflict, but there is a danger of it being expected to assume that of assistant prison guard at the centre of a pitiless system of domination and segregation. After the capacity for resistance of the Palestinian population, it is now the independence of foreign relief workers that is being put to the test".[14]

Left-wing Israeli intellectuals also questioned the role of humanitarian aid at a time when four-fifths of Gaza's population were reliant upon it.[15] In their opinion, it was serving to "suspend the catastrophe" and freed Israel from the obligation of finding a way out of the conflict. For Adi Ophir and Arielle Azoulay, "the normal operation [of humanitarian and human rights organisations] is an extension of the ruling
apparatus, one of its branches, the one responsible for the suspension of the catastrophe and the creation of chronic disaster".[16]

Dov Weissglas, adviser to Prime Minister Ehud Olmert, in an attempt to justify the blockade after Hamas' victory in the legislative elections, commented: "It's like an appointment with the dietician. The Palestinians will get a lot thinner, but they won't die".[17] Some Palestinians also criticised the presence of NGOs in the occupied territories, believing that assistance programmes helped "normalise" the situation and relieved Israel of its responsibilities as the occupying power.

It should be noted that this notion that humanitarian aid can potentially collude with an oppressive system is not, however, confined to the Palestinian Territories. Furthermore, MSF has only a minor role in the aid operations conducted in the Territories in general, and in Gaza in particular.

There are settings in which it is hard to avoid polarisation, and the Palestinian Territories is one of them. MSF has only ever worked with the Palestinian population and never in Israel, something that it is reproached for on occasion in the Israeli press. Consequently, the issue of its "neutrality" in the Israeli-Palestinian conflict has often been raised. It has also been raised with regard to its relations with the two Palestinian political factions, especially as, after the violent transfer of power between Fatah and Hamas in Gaza, its teams were confronted with what was for them a whole new scenario.

The imbalance in the forces involved, the media attention attracted by the conflict which offered countless opportunities for public statements, the proximity of the international teams to the Palestinian staff, as well as their daily exposure to the conflict, made political neutrality difficult and fostered the international teams' empathy with the Palestinians, whom they perceived as victims. In 2001, the subject was discussed in a board meeting: "Many of them [members of the field team] are asking why their testimony gathering is not being reported by MSF; why we are not publically denouncing Israel's policies and practices in the Palestinian Territories". It was in response to these demands that MSF began publishing its "Palestinian chronicles"[18] in 2002. Presented as "an account of the day-to-day reality of a population trapped by war and whose suffering is largely ignored", these chronicles contained the highlights of MSF's testimony activity in the Territories and helped soothe tensions between the field teams and headquarters.

Recordings of discussions at board level reveal that several members of the team were considered to be "overly-invested in 'testimony' gathering".[19] Bearing witness to the living conditions of the Palestinians and to the violence they were suffering had become an end in itself for some of the team who expected to see MSF make its position public. Yet the organisation acknowledged that the requirement for "neutrality" was pushed to the limit when, as remarked by its president: "The military occupation is accompanied by such violence against the inhabitants of the Territories, the balance of power is so unequal, that there is a certain indulgence of the weakest, even when they commit crimes".[20]

A few years later, the programme managers raised the issue again in very similar terms: "Are we neutral? We don't expect individuals to be completely neutral given their proximity to the Palestinians and the frequent imbalances in the conflict, but the organisation itself must use neutral language. We expect international staff (and, as far as possible, national staff) to try to maintain a certain degree of objectivity, to avoid biased and critical language and to stick to the facts".[21] The support by some of the teams for the secular and national programme of Yasser Arafat's party, the recruitment of employees ideologically close to Fatah or to left-wing parties, an intervention initially designed for a situation opposing Palestinians and Israelis—and not two Palestinian factions—were all factors that contributed to make the political transition in Gaza a perilous experience for MSF.

Translated from French by Mandy Duret

- 1. 2007 data, WHO office, Gaza.
- 2. "Gaza: la politique prime sur la santé?", MSF, Sept. 2008, http://www.msf.fr (http://www.msf.fr).
- 3. "The Gaza Strip: Operation Cast Lead, Dec. 27, '08 to Jan. 18, '09", Btselem http://www.btselem.org (http://www.btselem.org).
- 4. Expression used in a letter sent to MSF by the ministry in Mar. 2010.
- 5. Minutes of a meeting between Hamas and MSF, Nov. 2009.
- 6. Interview with the director of international cooperation at the Palestinian Authority's Ministry of Health, 12 Jan. 2011
- 7. Strategic plan, MSF-France, 2010.
- 8. Interviews carried out in Dec. 2010, Jan. and Feb. 2011.
- 9. Rony Brauman, "La flotille de la liberté: humanitaire ou politique?", 4 June 2010 http://www.msf-crash.org (http://www.msf-crash.org).
- 10. Interview carried out in Tel-Aviv, 16 Jan. 2011.
- 11. See "Doctors without borders gave terrorist entry pass to Israel", 17 May 2007, www.israelnationalnews.com (http://www.israelnationalnews.com).
- 12. The only crossing point for pedestrians separating Israel and the Gaza Strip.
- 13. AIDA, "Unprecedented denial of humanitarian access to Gaza must not continue say International Agencies", http://www.kvinnatillkvinna.se (http://www.kvinnatillkvinna.se).
- 14. "Palestinian Chronicles: Trapped by War", report, supplement to Messages, MSF newsletter, July 2002, p. 63.
- 15. OCHA, Special focus—Occupied Palestinian Territories, Dec. 2007.
- 16. Arielle Azoulay, Adi Ophir, "The ruling apparatus of control in the Occupied Territories", symposium proceedings, Jerusalem: Van Leer Institute, Apr. 2004.
- 17. "As the Hamas team laughs", Haaretz, 19 Feb. 2006.
- 18. "Palestinian Chronicles". Messages.
- 19. Minutes of the Board of Directors meeting, 27 Apr. 2001.
- 20. Minutes of the Board of Directors meeting, 26 Apr. 2002.
- 21. Internal paper, 2007.

‹ Somalia. Everything is Open to Negotiation (/livres/en/somalia-everything-is-open-to-negotiation)

up (/livres/en/acting-at-any-price/i-stories)

Myanmar. "Golfing with the Generals" (/livres/en/myanmar-golfing-with-the-generals)

Printer-friendly version (/livres/en/book/export/html/1102)    Français (/livres/agir-a-tout-prix/gaza-conflits-de-souverainete)

Like   1          0        8+1   0          1

FONDATION MSF (HTTP://WWW.MSF.FR/DON-ISF-ET-DEFISCALISATION/FONDATION-MEDECINS-SANS-FRONTIERES)
EPICENTRE (HTTP://WWW.EPICENTRE.MSF.ORG/)  |  GO TO MSF.FR (HTTP://WWW.MSF.FR/)
RELATED LINKS (HTTP://WWW.MSF-CRASH.ORG/EN/2009/09/11/319/RELATED-LINKS/)
                                                        WEBSITES OF OTHER

# Exhibit B

United States District Court
District of the District of Columbia
_____

|                                              | )
| :------------------------------------------- | :--- |
| Mohamed Abdel Aziz et al,,                   | ) |
|                                              | ) |
| Plaintiffs,                                  | ) |
|                                              | ) |
| - against -                                  | ) |
|                                              | ) |
| The United States Treasury Department et al.,| ) |
|                                              | ) |
| Defendants                                   | ) |
|                                              | ) |

No. 15 cv 2186 (RDM)

**[Proposed] Order**

AND NOW, after consideration of Sam Abrams' motion to intervene and any

responses or replies thereto, it is hereby

ORDERED that the motion is granted.

So ordered:

_____

United States District Judge

Dated: _____
Washington DC