# Exhibit B

United States District Court
District of the District of Columbia
_____
                                                  )
Mohamed Abdel Aziz et al,,                        )
                                                  )
    Plaintiffs,                )
                                                  )
  - against -                            )  No. 15 cv 2186 (RDM)
                                                  )
The United States Treasury Department             )  **[Proposed] Order**
et al.,                                           )
                                                  )
    Defendants                 )
                                                  )
_____)

  AND NOW, after consideration of Sam Abrams' motion to intervene and any responses or replies thereto, it is hereby

  ORDERED that the motion is granted.

  So ordered:

               _____
               United States District Judge

Dated: _____
Washington DC