IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN ABULHAWA, AVRAHAM PELED, a.k.a. MIKO PELED, DOA'A ABU AMER, PEGGY AHWESH, JAMES ANDERSON, REV. DANNY AWAD, ALICE BACH, ANTOINE BOGHOSSIAN, GLORIA BOGHOSSIAN, TANIA BOGHOSSIAN, JOHN BOYD, MARINA BUHLER-MIKO, JAMES COBEY, JOHN DOE, ABDUR-RAHIM DUDAR, TY EBRIGHT, ABBAS HAMIDEH, STEVEN GOOSSEN, RAY GORDON, LINDA KATEEB, LINDA MANSOUR , DONNA NASSOR, ROBIN NICHOLAS, ALAN NOFAL, MICHAEL RABB, MARY SCHULTZ, LYNN SCHULTZ, MICHAEL SEVERAL, RICH SIEGEL, GRANT SMITH, MICHAEL SMITH, LOU STONE, ROBIE TENORIO, JOHN VAN WAGONER, LINDA VASQUEZ, WENDELL WOODS, and AHMED AL-ZEER<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY and UNITED STATES DEPARTMENT OF THE TREASURY SECRETARY JACOB LEW, in his official capacity,<br><br>      Defendants. | Case No. 1:15-cv-2186-RDM |

**SECOND JOINT MOTION FOR AN EXTENSION OF TIME
TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
AND DEFENDANTS' REPLY THERETO**

COME NOW the Parties herein and request the Court grant an extension of time for

Plaintiffs to file an opposition to Defendants' motion to dismiss, and for Defendants' reply to said

opposition. The Parties request that the Plaintiffs' deadline be extended to May 27th, 2016 and the

Defendant's deadline extended to June 17th, 2016. In the interest of justice, both parties would be better served by the grant of additional time to for filings on this motion.

Dated: May 17, 2016	Respectfully Submitted,

*/s/ Martin F. McMahon*

Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 - 4343
mm@martinmcmahonlaw.com
*Counsel for Plaintiffs*


*/s/ Christopher J. Williamson*

CHRISTOPHER J. WILLIAMSON
OLGA L. TOBIN
Trial Attorneys, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, DC 20044
Telephone: (202) 307-2250
Fax: (202) 514-6866
christopher.j.williamson@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2016, I filed the foregoing SECOND JOINT MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISSAND DEFENDANTS' REPLY THERETO with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including defense counsel.

/s/ *Martin F. McMahon*
Martin F. McMahon, Esq.