IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN ABULHAWA, AVRAHAM PELED, a.k.a. MIKO PELED, DOA'A ABU AMER, PEGGY AHWESH, JAMES ANDERSON, REV. DANNY AWAD, ALICE BACH, ANTOINE BOGHOSSIAN, GLORIA BOGHOSSIAN, TANIA BOGHOSSIAN, JOHN BOYD, MARINA BUHLER-MIKO, JAMES COBEY, JOHN DOE, ABDUR-RAHIM DUDAR, TY EBRIGHT, ABBAS HAMIDEH, STEVEN GOOSSEN, RAY GORDON, LINDA KATEEB, LINDA MANSOUR , DONNA NASSOR, ROBIN NICHOLAS, ALAN NOFAL, MICHAEL RABB, MARY SCHULTZ, LYNN SCHULTZ, MICHAEL SEVERAL, RICH SIEGEL, GRANT SMITH, MICHAEL SMITH, LOU STONE, ROBIE TENORIO, JOHN VAN WAGONER, LINDA VASQUEZ, WENDELL WOODS, and AHMED AL-ZEER<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY and UNITED STATES DEPARTMENT OF THE TREASURY SECRETARY JACOB LEW, in his official capacity,<br><br>Defendants. | Case No. 1:15-cv-2186-RDM |

## PROPOSED ORDER

The parties request an extension of time for Plaintiffs to file an opposition to Defendants' motion to dismiss, and for Defendants' reply to said opposition.  It is hereby

ORDERED that the Plaintiffs' deadline be extended to May 27th, 2016 and the Defendant's deadline extended to June 17th, 2016.

Signed_____          Date:_____

ECF copy to all parties.