AFFIDAVIT

1. My name is Michael Several. I am a citizen of the United States of America, and Jewish. I give this affidavit in support of a potential lawsuit that lead counsel, Mr. Martin F. McMahon, described to me in general terms during a phone conversation on November 6, 2015.

2. In 1967, two months after the Six Day War, I visited Israel. It was a deeply moving experience, particularly visiting the Western Wall. I was swept up with emotion as I stood on a dusty field before the most revered site of the Jewish people, thinking "We will never leave." I was so taken by Israel, I returned the following year, rented a car and drove among other places throughout the occupied territories, through the West Bank, Gaza, and from Golan to the Suez Canal. In 1970, I returned to Israel, and lived on a Kibbutz, Ramat David, for four and half months.

3. What I did not know when I was standing in the dusty field in front of the Western Wall in 1967, and discovered only in the last few years, that that dusty field was a Palestinian neighborhood two months earlier. Known as the Mughrabi Quarter, it was the home of between 600 and 1,500 Palestinian. However, Israel demolished the buildings so quickly, that a 50 year old woman was crushed to death because she could not get out quick enough. And when I thought standing in front of the wall that "We will never leave", my thought only applied to access to the Western Wall, and not to the territory Israel conquered as a result of the armed conflict. For a number of years after the Six Day War, I accepted the Israeli claim that the conquered territories were to be used as bargaining chips to get a peace treaty with the surrounding Arab nations.

4. I believe I was aware of the settlement growth during the early 1970s, but I cannot recall giving it much thought. However, by the mid-1970s, I was aware of it. And I was aware that the settlements, with the total support of the Israel government, had changed the purpose of the occupation. By the mid 1970s, I realized that what the Israelis had claimed was a bargaining chip was a deception and that the settlements demonstrated Israel intended to permanently occupy the land they conquered by armed conflict.

5. After the Six Day War I gave a small contribution to the Jewish Federation of Greater Los Angeles, in part because they funded projects in Israel. When I realized in the mid 1970s that Israel was committed to permanently hold the OPt, I stopped giving to the Federation. After not giving for two or three years, I received a phone call from the Federation urging me to give again. I told the representative that I was not giving because money was going to Israel and because money is fungible, giving to Israel would be supporting the settlements. I assured the representative, however, that when Israel pulled the settlements out, I will give again. After forty years, I am still waiting.

6. I did not pay much attention to Israel during the 1980s, even with the Intifada, or the 1990s, as I was helping to raise my two daughters. However, I was aware and moved by the prospects for peace brought on by the Oslo Agreement. I became re-engaged with the failed Camp David negotiations and subsequent Second Intifada in 2000. During the following five or six years, I read extensively about the history of the conflict in Mandated Palestine, books about the Camp David negotiations, articles, Palestinian society, Israel society and politics, and had discussions with critics and supporters of both Israel and the Palestinians. The discussions were very useful because they served as a

test and challenge to what I knew or did not know. To cite one: in a discussion with a supporter of Israel, he referred to the OPt as "contested territory" and not "occupied." I never heard that term before, but the discussion led me to learn that the West Bank may have at one time been "contested", but the argument had long been resolved. And the person who claimed they are "contested" lost the argument. They are "occupied" under international law (Art. 49, section 6) of the Fourth Geneva Convention. The illegality of the settlements is a subject I now feel very comfortable discussing and welcome an opportunity to debate.

7. In my reading, I notice the Palestinians consistently complained about the damaging impact the settlements had on the quality of life of the Palestinians, how it bred resentment, and was undermining the peace process. I also noticed in my reading, that Israel and its supporters, in an act of denial and blindness, either ignored the settlements as a factor or dismissed it. I felt the supporters of Israel in our country, with their unquestioning defense of Israel, were acting as "Good Germans". With the Jewish experience of having suffered greatly by the silence of people toward oppression, I found this attitude particularly appalling. As a result, I sought some way of translating my feelings and thoughts into action. I do not recall what I did, other than talk to members of an organization called B'rit Tzedek, people at J-Street, and people in the Christian community about focusing on the settlement enterprise. Though there was recognition the settlements were not good, the focus of the people I spoke to seemed to be on other issues and aspects of the Israeli-Palestinian conflict.

8. In 2008, I visited Israel for the first time since 1970. I went into the OPt three times: a) with Hagit Ofran of Peace Now; b) an Israeli Arab working for B'tselem; and c) on my own aboard a Palestinians bus to Bethlehem. I saw how dense and ubiquitous the settlements were in the OPt and concluded from the three visits, that the settlement enterprise has killed the possibility of a two state solution.

9. In recent years, I have read articles by thoughtful Israelis who have commented on how the Settlement Enterprise has poisoned the political culture in Israel. This poisoning was displayed earlier this year when Benjamin Netanyahu won reelection by appealing to what appears to be a pervasive racism in Israel with the call to voters: "The right-wing government is in danger. Arab voters are coming out in droves to the polls. Left-wing organizations are busing them out. Get out to vote, bring your friends and family, vote Likud in order to close the gap between us and 'Labor.'"

10. Frustrated by the relative lack of interest in the settlement enterprise by people who were critics of Israel's actions and policies, I decided to set up a website, www.settlementsinpalestine.org. The website included my writings on why the settlements 1) are in violation of international law: 2) prevent the creation of a viable Palestinian state; 3) undermine America's interests in the region; 4) damage America's security; and 5) create resentment and anger that threatens the lives of Americans who are bravely serving in the area. The website also contained links to articles in the various media about the settlements.

11. About five years ago, as a result of reading a number of newspaper articles, including a lengthy article in the New York Times on July 5, 2010, concerning the financial support of Israeli settlements in the Occupied Palestinian territory (Opt) by non-profit organizations and foundations in the United States, I began collecting my own data on this subject. The collection and dissemination of this data was conceived to be one component of the website.

12. I, through the website, never took a position as to whether the financial support by the non-profit organizations and foundations was legal or not. Rather, I listed the non-controversial consequences of the financial support of the settlement enterprise: it entrenched the Israeli occupation of the OPt and thereby strengthened the obstacles and barriers to creating a viable Palestinian state; damaged the peace process; undermined our nation's vital national interest by making it more difficult to resolve the conflict on the basis of a two-state solution; posse a security threat to the United States and its citizens by creating a reservoir of resentment and anger that strengthens Hamas, Hezbollah, and other extremist organizations committed to armed struggle; strengthens Iranian influence in the region by exploiting the continued occupation; encourages resistance to Israeli security forces that enforce government orders to stop settlement construction; promotes violence against Palestinians; and weakens Israeli leaders attempting to resolve the Israeli-Palestinian conflict on the basis a two state solution.

13. In doing the research on the non-profit support of the settlement enterprise, my focus was on organizations or projects operating in the OPt. The area of my focus was all the land,

including East Jerusalem, that Israel has controlled as a result of the Six Day War. I was not interested in the funding of organizations or projects based in Israel that supported the settlements. As an example, I was not interested in groups inside Israel advocating for the settlement enterprise within the Israeli political process.

14. I was not compensated by anyone for collecting the data. I did it on my own, in the hope that organizations such as Americans for Peace Now in the United States, and Peace Now in Israel would find the data useful in their effort to highlight the damaging consequences of the settlement enterprise.

15. I conducted the time consuming research for three years. The first two years seemed to generate some interest. However, there was virtually no outside interest in the third year of my research. Also, the person I hoped would do a statistical analysis of the research, as he had done the year before, did not do it. And without the analysis, I could not write a report as I had done the year before.

16. I hoped that with the analysis of what appeared to me to be deficiencies in the 990 reports that were listed in the reports, I could interest people in filing complaints to the Internal Revenue Service about the deficiencies. I thought it would be effective in getting the IRS's attention if more than one person filed complaints. I contacted the local representative of the Jewish Voice for Peace, the Los Angeles Jews for Peace, and the head of the Middle East Ministry at All Saints Church in Pasadena but failed to interest them in participating in a coordinated effort to draw the attention of the IRS in the

reporting deficiencies of the non-profit funders of the settlements. The people I contacted seemed more interested in taking ineffective symbolic action that made themselves feel good, such as supporting the Boycott, Divestment and Sanctions movement, or standing in front of the Federal Building with a sign saying how awful Israel is, or staging a sit-in in Senator Feinstein's office. Because of the lack of interest in my research, the failure to have an analysis done of my research, and the failure to interest people to complain to the IRS, I ceased doing research several years ago.

17. I did not know Mr. McMahon was working on a lawsuit involving the support by American non-profit organizations and foundations of settlements in the OPt until November 5, 2015. I was not compensated by Mr. McMahon to prepare the data I compiled years earlier, and I have not been compensated by him to furnish this affidavit. I support the use of my pioneering research for legal action that may chip away at the settlement enterprise. Hopefully, this and other chips will finally bring the settlement enterprise down, and Israel will then be free to become what I have longed for it to be: "The light among the nations."

Swore to this 13TH day of NOVEMBER, 2015

Signed: _Michael Several_
Michael Several

Notary Public: _____
(PLEASE SEE ATTACHED)

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____          _____
*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California
County of LO'S ANGELES

Subscribed and sworn to (or affirmed) before me on this 13th day of NOVEMBER, 20 15,
by
(1) MICHAEL WARREN SEVERAL

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

STEVEN KRIKUL
Commission # 2012533
Notary Public - California
Los Angeles County
My Comm. Expires Mar 16, 2017

*Seal*
*Place Notary Seal Above*

———————————— **OPTIONAL** ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: AFFIDAVIT          Document Date: NO DATE
Number of Pages: 7   Signer(s) Other Than Named Above: NO OTHER SIGNERS

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910