IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN ABULHAWA, et al. | )<br>)<br>) Case No. 1:15-cv-2186-RDM<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| UNITED STATES DEPARTMENT OF THE TREASURY, et al. | )<br>)<br>) |
| Defendants. | )<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

1. Fed. R. Civ. P. 1;

2. The record herein, including the Second Amended Complaint;

3. The instant Motion for Leave to File Second Amended Complaint;

4. Defendant Treasury's Reply to Plaintiffs' Opposition to Treasury's Motion to Dismiss.

Dated: July 1, 2016                                    Respectfully Submitted,

                                                       /s/ Martin F. McMahon

                                                       Martin F. McMahon, Esq.
                                                       D.C. Bar Number: 196642
                                                       Martin F. McMahon & Associates
                                                       1150 Connecticut Avenue, N.W., Suite 900
                                                       Washington, D.C. 20036
                                                       (202) 862 - 4343
                                                       mm@martinmcmahonlaw.com
                                                       *Counsel for Plaintiffs*

1