IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN ABULHAWA, et al. | ) |
| Plaintiffs, | ) Case No. 1:15-cv-2186-RDM |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE TREASURY, et al. | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

1. Fed. R. Civ. P. 1;

2. The record herein, including the Second Amended Complaint;

3. The instant Motion for Leave to File Second Amended Complaint;

4. Defendant Treasury's Reply to Plaintiffs' Opposition to Treasury's Motion to Dismiss.

Dated: July 1, 2016

Respectfully Submitted,

*/s/ Martin F. McMahon*

Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 - 4343
mm@martinmcmahonlaw.com
*Counsel for Plaintiffs*

1