IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN ABULHAWA, et al. | ) |
| Plaintiffs, | ) Case No. 1:15-cv-2186-RDM |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE TREASURY, et al. | ) |
| Defendants. | ) |

**PROPOSED ORDER**

The Plaintiffs request leave to file their Second Amended Complaint, submitted to this Court for filing on April 4, 2016. For good cause shown, it is hereby

ORDERED that the Plaintiffs are GRANTED leave to file their Second Amended Complaint. Plaintiffs shall refile the Second Amended Complaint which was originally submitted to this Court on April 4, 2016 through ECF no later than July 15, 2016.

Signed_____        Date:_____

ECF copy to all parties.

1