UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN ABULHAWA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants*. | Civil Action No. 15-2186 (RDM) |

### ORDER

For the reasons set forth in the Court's Memorandum Opinion, Dkt. 22, Defendants' motion to dismiss Plaintiffs' amended complaint, Dkt. 10, is hereby **GRANTED**. Plaintiffs' motion for leave to file a second amended complaint, Dkt. 18, is hereby **DENIED**. Abrams's motion to intervene, Dkt. 13, is hereby **DENIED**.

This Order constitutes the judgment of the Court pursuant to Rule 58(a) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: March 4, 2017