# United States District Court For The
# District Of Columbia

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff:  **Susan Abulhawa, et al.,**

vs.                                    Civil Action No. **15-2186 (RDM)**

Defendant:  **U.S. Treasury Dept., et al.,**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __7__ day of __July__ 20__17__, that

The Plaintiffs herein, Susan Abulhawa, et al.,

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the

judgement of this court entered on the __7__ day of __June__, 20__17__, in

favor of The Defendants, U.S. Treasury Dept., et al.

against said Plaintiffs, Susan Abulhawa, et al.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
August 2009 (REVISED)