# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 17-5158**                                   **September Term, 2017**

**1:15-cv-02186-RDM**

**Filed On: August 14, 2018** [1745521]

Susan Abulhawa, et al.,

      Appellants

   v.

United States Department of the Treasury
and Steven T. Mnuchin, Secretary of the
Treasury,

      Appellees

## M A N D A T E

In accordance with the judgment of June 19, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Ken R. Meadows
     Deputy Clerk

Link to the judgment filed June 19, 2018